# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

K Joseph Davis

              **V.**                           **JUDGMENT IN A CIVIL CASE**

JoAnne B Barnhart

                                          **CASE NUMBER:**    05cv1803-BTM(BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Plaintiff's motion for summary judgment is DENIED and Defendant's cross-motion for summary judgment is GRANTED. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. . . . . . . . . .

| January 4, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/V. Trujillo |
| | (By) Deputy Clerk |
| | ENTERED ON January 4, 2007 |